# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ALLEN LEE BARRON,**

    Plaintiff,

   V.          CASE NUMBER: **04-C-967**

**JO ANN BARNHART,**

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's action pursuant to 42 U.S.C. § 405(g), seeking review of a decision of the Social Security Administration is DISMISSED for failure to prosecute.**

This action is hereby DISMISSED.

| | |
|---|---|
|   May 26, 2005 |  **SOFRON B. NEDILSKY** |
| Date | Clerk |
| |  *s/ Linda M. Zik* |
| | *(By) Deputy Clerk* |